**13thIN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OLALEKAN OGUNDAIRO (#43732-506),**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, DAVID VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE,**<br>**Respondents.** | **CIVIL ACTION**<br><br>**NO. 26-7681** |

**O R D E R**

**AND NOW**, this 13th day of October, 2026, upon consideration of the Emergency Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 1) and Emergency Application for Order to Show Cause and Preliminary Injunction (ECF No. 2), it is hereby **ORDERED** that a hearing will take place on Monday, October 19, 2026 at 2:00 p.m., Courtroom 15A, United States District Court, 601 Market Street, Philadelphia, PA, 19106.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**